UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPAN SEREDA, | Case No. 2:25-cv-2583-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| MANUEL AYALA, *et al.*, | |
| Defendants. | |

Plaintiff, who is proceeding pro se, requests permission to file documents electronically in this action. ECF No. 2.

Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3). Plaintiff does not demonstrate good cause for a departure from the normal filing procedure for unrepresented litigants. Accordingly, the motion is denied.

Plaintiff has also filed a motion for an extension of time to serve "defendants with subpoenas and copies of the statement of claim . . . ." ECF No. 6. Therein, plaintiff states that

1

she will likely need additional time to complete service of process. *Id.* at 4. Plaintiff has since filed proofs of service that indicate that defendants were timely served. ECF Nos. 8-10. Accordingly, plaintiff's motion, which is construed as a request to extend the time to complete service under Federal Rule of Civil Procedure 4(m), is denied as moot.

    Accordingly, it is hereby ORDERED that:

    1. Plaintiff's motion to file documents electronically, ECF No. 2, is DENIED.

    2. Plaintiff's motion for an extension of time, ECF No. 6, is DENIED as moot.

IT IS SO ORDERED.

Dated:    October 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2