UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPAN SEREDA,<br><br>        Plaintiff,<br><br>    v.<br><br>MANUELA AYALA, *et al.*,<br><br>        Defendants. | Case No. 2:25-cv-2583-DC-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

On February 17, 2026, defendant County of Stanislaus filed a motion to dismiss. ECF No. 23. To date, plaintiff has not responded to defendant Stanislaus's motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant Stanislaus's motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and may result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The April 16, 2026 hearing on defendant Stanislaus's motion is continued to May 14, 2026, at 10:00 a.m.

2. By no later than April 23, 2026, plaintiff shall file an opposition or statement of non-opposition to defendant Stanislaus's motion.

3. Plaintiff shall show cause, by no later than April 23, 2026, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant Stanislaus's motion.

4. Defendant Stanislaus may file a reply to plaintiff's opposition, if any, no later than April 30, 2026.

IT IS SO ORDERED.

Dated:    April 9, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2