UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPAN SEREDA,<br>Plaintiff,<br>v.<br>MANUEL AYALA, et al.,<br>Defendants. | Case No. 2:25-cv-2583-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 23, 38, 45) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 29, 2206, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 29, 2026, ECF No. 45, are ADOPTED;
2. Defendant County of Stanislaus's motion to dismiss, ECF No. 23, is GRANTED;
3. Defendant City of Turlock and Defendant Manuel Ayala's motion for judgment on the pleadings, ECF No. 38, is GRANTED;
4. The first amended complaint, ECF No. 22, is DISMISSED without leave to amend;
5. This action is dismissed due to Plaintiff's failure to state a cognizable claim; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 19, 2026**

Dena Coggins
United States District Judge